IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50286
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CHARLES EDWARD MURPHY,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-99-CR-92-1
--------------------
April 11, 2002

Before SMITH, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Counsel appointed to represent Charles Edward Murphy has moved to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967).  Murphy has received a copy of counsel's motion and brief but has not filed a response.  Our independent review of the brief and the record discloses no nonfrivolous issue.  Accordingly, counsel's motion to withdraw is GRANTED.  Counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

-------------------------

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.